IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EVA WOOD                                                                                      PLAINTIFF

V.                              NO. 3:11CV00285 JMM-JTR

MICHAEL J. ASTRUE,                                                                DEFENDANT
Commissioner, Social
Security Administration

## ORDER

Plaintiff has filed an unopposed motion to transfer this civil action to the Eastern Division because she is a resident of Cross County, Arkansas (docket entry #3). She states that the case was inadvertently filed in the wrong division.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion to Transfer Case (docket entry #3) is GRANTED. The Clerk of the Court is directed to make the necessary changes.

DATED this 23rd day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE